KATHRYN R. VOGEL
First Assistant U.S. Attorney

MICHAEL J. HEYMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: michael.heyman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>DAVID ALAN GONZALES,<br><br>       Defendant. | No.  3:25-cr-00010-SLG-KFR<br><br>COUNTS 1-5:<br>BANK FRAUD<br>  Vio. of 18 U.S.C. § 1344<br><br>COUNTS 6-10:<br>MAIL THEFT<br>  Vio. of 18 U.S.C. § 1708<br><br>COUNTS 11-15:<br>AGGRAVATED IDENTITY THEFT<br>  Vio. of 18 U.S.C. § 1028A(a)(1)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant DAVID ALAN GONZALES was a resident of Anchorage, Alaska.

2. Victims 1 – 3 were residents of Alaska.

3. Victim 4 was an Alaska entity. Victims 1 – 4 are collectively referred to as "Victims."

4. First National Bank of Alaska ("FNBA") is a federally insured bank. Global Credit Union, f/k/a Alaska USA Federal Credit Union ("Global"), is a federally insured credit union.

## COUNTS 1 – 5

(Bank Fraud - 18 U.S.C. § 1344)

5. Paragraphs 1-4 are realleged and incorporated herein.

6. From in and around January 2024 through in and around February 2024, within the District of Alaska, defendant DAVID ALAN GONZALES did knowingly execute and attempt to execute a scheme or artifice to defraud Global and FNBA, federally insured financial institutions, of something of value, and obtain money and property by means of materially fraudulent pretenses, representations, and statements, in that Defendant presented altered checks to the financial institutions knowingly and willfully intending to deceive those financial institutions into believing that he was the true payee and tricking them into cashing the checks, three for a higher amount than originally written, for his benefit. The specific dates and times of the bank fraud are identified below:

//

//

| Count | Victim | Check Date Written | Date Cashed | Bank | Original Payee | Original Amount | Altered Amount |
|---|---|---|---|---|---|---|---|
| 1 | No. 1 | 1/20/2024 | 1/24/2024 | Global | Bank of America | $2,700.00 | $2,700.00 |
| 2 | No. 2 | 1/2/2024 | 1/3/2024 | Global | G.T. | $1,060.00 | $1,060.00 |
| 3 | No. 3 | 1/18/2024 | 1/19/2024 | Global | Wiscon Cheese | $45.97 | $2,000.97 |
| 4 | No. 4 | 2/2/2024 | 2/3/2024 | FNBA | Lowe's | $273.00 | $2,700.27 |
| 5 | No. 4 | 2/2/2024 | 2/3/2024 | FNBA | GCI | $39.95 | $2,000.93 |

MANNER AND MEANS TO DEFRAUD

7. The manner and means of the scheme to defraud are as follows:

8. From in and around January through in and around February 2024, Victims wrote the following checks:

| Victim | Check Date Written | Check No. | Bank | Original Payee | Amount |
|---|---|---|---|---|---|
| No. 1 | 1/20/2024 | 21322 | Global | Bank of America | $2,700.00 |
| No. 2 | 1/2/2024 | 4512 | Global | G.T. | $1,060.00 |
| No. 3 | 1/18/2024 | 5998 | Global | Wiscon Cheese | $45.97 |
| No. 4 | 2/2/2024 | 8585 | FNBA | Lowe's | $273.00 |
| No. 4 | 2/2/2024 | 8584 | FNBA | GCI | $39.95 |

9. Soon thereafter, Victims deposited those checks into their mailboxes for the U.S. Postal Service to pick up and deliver to the intended recipient identified in the checks. The checks were stolen from Victims' respective mailboxes before the U.S. Postal could pick them up.

10. Defendant obtained the stolen checks.

11. Defendant altered the payee names on the checks, making himself the payee, and, for three checks, increased the payment amounts and presented the altered checks in person to Global and FNBA as if he were the true intended payee.

12. With the exception of the check to Lowe's dated February 3, 2024, which was not honored, Defendant successfully tricked Global and FNBA into believing he was the true payee and for the amounts written in the checks. Global and FNBA cashed each of the remaining four checks and suffered the direct losses.

All in violation of 18 U.S.C. § 1344.

## COUNTS 6 – 10

(Mail Theft - 18 U.S.C. § 1708)

13. Paragraphs 1-4 are realleged and incorporated by reference herein.

14. From in and around January 2024 through in and around February 2024, within the District of Alaska, defendant DAVID ALAN GONZALES unlawfully possessed mail or any article or thing contained therein that had been stolen or taken from or out of a mailbox, letter box, or mail receptacle, and intended to deprive the owners temporarily or permanently of its use and benefit, namely, defendant DAVID ALAN GONZALES possessed the five checks identified below and knew that said mail matter had been stolen:

| Count | Payor | Check Date | Date of Possession | Original Payee | Original Amount |
|---|---|---|---|---|---|
| 6 | Victim No. 1 | 1/20/2024 | 1/24/2024 | Bank of America | $2,700.00 |
| 7 | Victim No. 2 | 1/2/2024 | 1/3/2024 | G.T. | $1,060.00 |
| 8 | Victim No. 3 | 1/18/2024 | 1/19/2024 | Wiscon Cheese | $45.97 |
| 9 | Victim No. 4 | 2/2/2024 | 2/3/2024 | Lowe's | $273.00 |
| 10 | Victim No. 4 | 2/2/2024 | 2/3/2024 | GCI | $39.95 |

All of which is in violation of 18 U.S.C. § 1708.

## COUNTS 11 – 15

(Aggravated Identity Theft - 18 U.S.C. § 1028A)

15. Paragraphs 1 – 4 are realleged and incorporated by reference herein.

16. From in and around January 2024 through in and around February 2024, within the District of Alaska, defendant DAVID ALAN GONZALES did knowingly transfer, possess, and use, without lawful authority, means of identification of another person knowing that the means of identification belonged to another person, during and in relation to the commission of a felony enumerated in 18 U.S.C. § 1028A(a)(1), specifically, bank fraud in violation of 18 U.S.C. § 1344. The specific dates and times of the aggravated identify theft are identified below:

| Count | Victim | Date of Violation | Means of Identification |
|---|---|---|---|
| 11 | No. 1 | 1/24/2024 | Victim signature and true name, bank account numbers, bank routing numbers |
| 12 | No. 2 | 1/3/2024 | Victim signature and true name, bank account numbers, bank routing numbers |
| 13 | No. 3 | 1/19/2024 | Victim signature and true name, bank account numbers, bank routing numbers |
| 14 | No. 4 | 2/3/2024 | Victim signature and true name, bank account numbers, bank routing numbers |
| 15 | No. 4 | 2/3/2024 | Victim signature and true name, bank account numbers, bank routing numbers |

All in violation of 18 U.S.C. § 1028A(a)(1).

## CRIMINAL FORFEITURE ALLEGATIONS

(Aggravated Identity Theft and Bank Fraud Proceeds)

17. The allegations contained in Counts 1-15 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to

18 U.S.C. § 981(a)(1)(C).

18. Upon conviction of any of the offenses in violation of 18 U.S.C. §§ 1028A(a)(1), 1344, and 1708 set forth in Counts 1-15 of this Indictment, defendant DAVID ALAN GONZALES, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C), any property, which constitutes or is derived from proceeds traceable to such violations, including a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with, a third party;
- c. has been placed beyond the jurisdiction of the court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

//
//
//
//
//
//

Page 6 of 7
Case 3:25-cr-00010-SLG-KFR   Document 2   Filed 02/19/25   Page 6 of 7

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Michael J. Heyman
MICHAEL J. HEYMAN
Assistant U.S. Attorney

s/ Kathryn R. Vogel
KATHRYN R. VOGEL
First Assistant U.S. Attorney

DATE: February 18, 2025